UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VICTOR ALFONSO MIRANDA-MARTINEZ,<br><br>*Petitioner*,<br><br>v.<br><br>PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION CUSTOMS ENFORCEMENT, MARY DE ANDA-YBARRA, DIRECTOR OF THE ENFORCEMENT AND REMOVAL OPERATIONS EL PASO FIELD OFFICE, and WARDEN, ERO EL PASO CAMP EAST MONTANA DETENTION FACILITY,<br><br>*Respondents*. | No. 3:26-CV-00109-LS |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.